Commonwealth of Pennsylvania, Appellant, v. Lehigh Valley Coal Company.

Commonwealth of Pennsylvania, Appellant, v. Pennsylvania and New York Canal and Railroad Company.

Argued May 31, 1897. Reargued Feb. 23, 1898. Appeals, Nos. 12 and 13, May T., 1897, by plaintiff, from judgment of C. P. Dauphin County, commonwealth docket, 1896, Nos. 662 and 666, on case tried without a jury. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.  Affirmed.

OPINION BY MR. JUSTICE MITCHELL, May 23, 1898:

These cases involve the same question as Com. v. Lehigh Valley R. R. Co., ante, p. 235, opinion filed herewith, and for the same reasons there given the judgments are affirmed.